United States Court of Appeals
Fifth Circuit

**F I L E D**

October 26, 2004

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
For the Fifth Circuit

No. 04-60117
Summary Calendar

HERBERT LEON BREWER, III,

Plaintiff-Appellant

VERSUS

CENTRAL STATES HEALTH & LIFE COMPANY OF OMAHA, NEBRASKA,

Defendant-Appellee

Appeal from the United States District Court
For the Northern District of Mississippi, Oxford
2:02-CV-173-D

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

For reasons assigned in its careful opinion of September 8, 2003, we agree with the district court that this action is barred by res judicata.

AFFIRMED.

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.